# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINE GROUP BOAT WORKS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>F/V HEATHER,<br><br>Defendant. | Case No. 24-cv-1303-BAS-DDL<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS AND ORDERING RELEASE OF VESSEL FROM CUSTODY**<br>**(ECF No. 11)** |

Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (ECF No. 11.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P.

41(a)(1)(B).  However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.

Having considered the parties' submission, the Court **GRANTS** the Joint Motion. (ECF No. 11.)  Thus, the Court **DISMISSES WITHOUT PREJUDICE** the action against Defendant pursuant to the executed settlement agreement.  Additionally, it is hereby **ORDERED** that the U.S. Marshal Service for the Southern District of California shall forthwith release the Defendant Vessel F/V Heather G from custody and shall inform the Substitute Custodian that this Court has ordered such release.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: August 23, 2024

Hon. Cynthia Bashant
United States District Judge